1  Ray K. Shahani, Esq. SBN 160,814
   Attorney at Law
2  Twin Oaks Office Plaza
   477 Ninth Avenue, Suite 112
3  San Mateo, California 94402-1854
   Telephone: (650) 348-1444
4  Facsimile: (650) 348-8655
   Attorney for Plaintiff
5  KA HO LEE, an individual

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
   KA HO LEE, an individual            Case No: C 08-04426 JCS
10
          Plaintiff,                   The Honorable Joseph C. Spero
11
   vs.                                 **REQUEST FOR TELEPHONIC**
12                                     **APPEARANCE AT CASE**
   CAMBRIDGE MANAGEMENT COMPANY, a     **MANAGEMENT CONFERENCE**
13 California corporation, ALROD PROPERTIES,   AND ORDER
   LLC and DOES 1 through 10, inclusive,
14                                     Date:   March 13, 2009
          Defendants.                  Time:   1:30PM
15                                     Place:  Courtroom A

16

17

18       Ray K. Shahani, counsel for Plaintiff KA HO LEE, hereby requests telephonic appearance of

19 the Case Management Conference scheduled March 13, 2009 at 1:30PM at Judge Spero's chamber.

20 The request is due to emergency scheduling conflict and sincerely wished to be granted.

21

22 Date: 3/11/09            Plaintiff's Counsel     [signature] Ray S C.

23

24                          Plaintiff's Counsel     Ray K. Shahani, Esq.
                                                         Printed Name
25

26 ///

27 Dated: March 12, 2009

28

IT IS SO ORDERED
[signature]
Judge Joseph C. Spero

REQUEST FOR TELEPHONIC APPEARANCE AT CMC              Case No. C 08-04426 JCS
Lee v. CMC et al.                                     TeleAppearReq 031109-1.wpd

## PROOF OF SERVICE

I, Leo Lai, declare:

    I am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 477 Ninth Avenue, Suite 112, San Mateo, California 94402. I am personally familiar with the business practice of Ray K. Shahani, Attorney at Law. On __March 11, 2009__, I served the following document(s):

**1.  REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

by sending electronic mails to the following parties:

| | |
|---|---|
| Attorneys for Defendant<br>Alrod Properties, LLC.<br>Daniel F. Sullivan, Esq.<br>Brooke Heskett, Esq.<br>Law Offices of Glaspy & Glaspy, Inc.<br>One Walnut Creek Center., Suite 750<br>Walnut Creek, California 94596<br>Telephone: (925) 947-1300<br>Facsimile: (925) 947-1594<br>Email: dsullivan@glaspy.com<br>      brookeh@glaspy.com | Attorneys for Defendant<br>Cambridge Management Company<br>Fred M. Feller, Esq.<br>Buresh, Kaplan, Jang & Feller<br>2298 Durant Avenue<br>Berkeley, California 94704<br>Telephone: (510) 548-7474<br>Facsimile: (510) 548-7488<br>Email: FFELLER@bkjf.com<br><br>Margaret J. Allen, Esq.<br>Michael R. Welch & Associates<br>A Professional Corporation<br>2298 Durant Avenue<br>Berkeley CA 94704<br>Phone: (510) 981-1695<br>Fax:     (510) 548-7488<br>Email:  mallen@cwulaw.com |

__X__   (By Electronic Mail) I caused each document to be sent by Electronic Mail to the email address(es) indicated above.

    I declare under penalty of perjury under the law of the State of California that the above is true and correct and that is declaration was executed at San Mateo, California.

DATED:  __March 11, 2009__  

_____
Leo Lai